**Order entered June 8, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00171-CV

**ANGELIA SMITH, KELVIN SMITH AND ALL OCC, Appellants**

**V.**

**SNUG OWNER, LLC. D/B/A THE BROOKLYN@9590, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-05552-D**

## ORDER

Before the Court is court reporter Coral L. Wahlen's June 3, 2022 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than July 6, 2022.

/s/ BONNIE LEE GOLDSTEIN
   JUSTICE